IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00912-MJW

SABLE COVE CONDOMINIUM ASSOCIATION and
EDGE CONSTRUCTION, LLC

    Plaintiffs

v.

OWNERS INSURANCE COMPANY

    Defendant

## ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL ( Docket pg 26 )

On the undersigned date, the court considered Sable Cove Condominium Association's motion for voluntary dismissal without prejudice of its only remaining cause of action in this case against Defendant for common law insurance bad faith. After reviewing the motion, this court is of the opinion that this motion should be granted.

It is ORDERED that Sable Cove Condominium Association's motion for voluntary dismissal is GRANTED and Sable Cove Condominium Association's remaining cause of action in this case against Defendant for common law insurance bad faith is hereby DISMISSED WITHOUT PREJUDICE.

SIGNED on ~~September~~ October 30, 2014.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO