IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00912-MJW

EDGE CONSTRUCTION, LLC,

Plaintiff,

v.

OWNERS INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order and to Extend Discovery Deadlines (docket no. 34) is DENIED in its entirely for the following reasons.

It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion.

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), where an extension is sought after the deadline for taking a particular action, the court may only grant such extension where "the party failed to act because of excusable neglect."  Here, Plaintiff has failed to demonstrate excusable neglect.  Furthermore, the subject motion (docket no. 34) is untimely, noting that it was filed almost one month after the deadline to seek any extension.  Accordingly, the subject motion (docket no. 34) should be denied.

Date: December 3, 2014