IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00912-MJW

EDGE CONSTRUCTION, LLC,

Plaintiff,

v.

OWNERS INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order and to Extend Discovery Deadline (Docket No. 45) is granted.  The Scheduling Order (Docket No. 20) is amended such that the discovery deadline is now January 27, 2015, but only with respect to the following:  to complete the deposition of Michael Sankey in Arizona, to conduct the second 30(b)(6) deposition of plaintiff (limited to the documents not previously produced), and for ABC Supply's production of documents in response to defendant's subpoena.

Date: January 6, 2015