IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00912-MJW

EDGE CONSTRUCTION, LLC,

Plaintiff,

v.

OWNERS INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion to Strike Defendant's Response to Plaintiff's Motion to Compel (docket no. 52) is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff shall file a Reply to Defendant's Response (docket no. 49) **on or before January 30, 2015.** In Plaintiff's Reply, Plaintiff shall address the following: (1) attach which request(s) for production of documents that Plaintiff served on Defendant concerning the discovery in dispute as outlined in Plaintiff's Motion to Compel (docket no. 44); (2) address whether Plaintiff has now received further and complete responses to interrogatories 7 and 8; (3) attach documentation as to the noticing of Don Gibson's deposition or a continued Rule 30(b)(6) deposition; and (4) a list of documents that Defendant has already provided to Plaintiff during the claims process which is already in Plaintiff's possession including, but not limited to, checks Plaintiff received from Owners which were cashed by Edge Construction. Plaintiff may include any additional argument in its Reply to Defendant's Response (docket no. 49).

Date: January 22, 2015