# D. G. A. – DAVID GREESON ADJUSTERS, LTD.

7900 East Union Avenue- Suite 1100 – Denver, CO 80237 - (303) 217-4498 E-Fax (954) 839-6411

Public Insurance Adjusters

~Contract and Agreement for Representation~

I / We __SABLE COVE CONDOMINIUMS__

Hereby retain David Greeson Adjusters, LTD (DGA) to be my / our agent and representative, under the insurance contract, to advise, assist, formulate and prepare the adjustment of our property / business interruption loss (es), and present our claim(s) to Insurance Company for the __HAIL & WIND__ loss occurring on or about __6/2012__. I / We instruct Insurer to recognize Adjuster as a party in interest and to supply Adjuster with all relevant information regarding claim procedures, policy requirements, Insurer's method of valuation, a complete copy of the insurance policy and any other information that may be needed to adjust the claim. Insured(s) agrees to cooperate with, and provide information and documentation to Adjuster that may be needed to prepare the claim. I / We request that all future correspondence and communications be directed only to my agent and representative, David Greeson Adjusters, LTD.

Loss location: __921 S DEARBORNE WAY__ City __AURORA__ State __CO__ Zip __80012__

Insurance Carrier: __AUTO OWNERS__ Claim # __74-3825-2012__
Policy # __72752460__

I / We agree to pay DGA for their services, fifteen percent (15%) of the NET increase in the settlement amount from the Insurance carrier(s) involved, not to exceed ten percent (10%) of the entire settlement. ("Settlement Amount" includes payments made by Insurer(s) in full or partial resolution of the claim, including payments made by agreement, court judgement, mediation, arbitration, appraisal, and other forms of dispute resolution. Insured owes the lesser of the two amounts) plus any reasonable costs incurred, as long I / we are notified of, and agree to incur those costs. Said cost will be recorded by a signed work order. I / We grant DGA a security interest and lien against the insurance proceeds from above loss to secure payment of all sums payable to DGA. DGA agrees not to accept any final settlement or adjustments unless I / we find those settlements satisfactory. Payment for services rendered is due within ten (10) business days after the receipt of the check(s) from the Insurance carrier(s). A monthly fee of 1.5% of the unpaid balance due will be applied in daily increments, beginning in ten (10) days after payment is received from the carrier.

By: X _[signature]_ Date _9/9/12_  By: X _____ Date _____
    Janet M. Today
(Printed)                          (Printed)

By: X _[signature]_
    PETER KISNER
(Printed)

David Greeson Adjusters, LTD.
Colorado License # 346136          "Buyers Right to Cancel"

THIS IS A SOLICITATION SALE AND IF YOU DECIDE YOU DO NOT WANT THE GOODS OR SERVICES, YOU MAY CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION, BY PROVIDING NOTICE TO THE SELLER IN PERSON, BY TELEGRAM, OR BY MAIL. THE NOTICE MUST INDICATE THAT YOU DO NOT WANT THE GOODS OR SERVICES, AND MUST BE DELIVERED OR POSTMARKED BEFORE MIDNIGHT OF THE THIRD BUSINESS DAY AFTER YOU SIGN THIS AGREEMENT. DAVID GREESON ADJUSTERS, LTD RETAINS THE RIGHT TO BILL YOU FOR THE TIME (AT THE RATE OF $150.00 p/hr) AND EXPENSES, IN THE EVENT OF YOUR CANCELLATION. THIS CONTRACT BECOMES NON-CANCELABLE AFTER THREE BUSINESS DAYS.

APARTMENT ASSOCIATION

**EXHIBIT 2**

OWNERS 291