The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE

Paid

**WORK PERFORMED AT:** The Cove Bldg 909 #14

**TO:** Edge Construction

Bill

**DATE:** 8/1/13

## DESCRIPTION OF WORK PERFORMED

Repair Acustic ceiling texter Paint
Repair East wall complet tex paint
Refinish Mantle
Two trips

Pay Eco n. Roof $300.00 of this Bill

[signatures]

8-1-13

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 665.00).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month

IC3822

**EXHIBIT 24**

CONTRACTORS INVOICE

The Painter Ltd
9364 W Capri Ave
Ltn. Co. 80123

# CONTRACTORS INVOICE

SABLE/EDGE000205

Paid

**WORK PERFORMED AT:** The Cage BLDG 910 #10

**TO:** Edge Construction

Kathrin

**DATE:** 8-9-13

## DESCRIPTION OF WORK PERFORMED

Repaint stain on ceiling
Repair drywall on column
Texture and paint
Two Coats

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 290 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

IC3822

**CONTRACTORS INVOICE**

The Painter Ltd
9364 W Capri Ave
Ltn, Co. 80123

# CONTRACTORS INVOICE
SABLE/EDGE000206

Paid

TO: Edge Construction

WORK PERFORMED AT:
The Cove Bldg 770 #17
(Victor)

DATE: 8-1-13

DESCRIPTION OF WORK PERFORMED

Repair Kitchen Ceiling
Re-Tex Two - Paint
Two trips

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 550 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

IC3822

**CONTRACTORS INVOICE**

979534/NC3822 CVT 8/98 — carbonless — NC3822 — SABLE/EDGE000207 — 3 PART

# CONTRACTORS INVOICE

The Painter Ltd
8364 W Capri Ave
Ltn Co 80123

**TO:** Edge Construction

**WORK PERFORMED AT:**
The Cove
14581
Unit 12

**DATE:** 3-5-13

**DESCRIPTION OF WORK PERFORMED:**
Bill Cotten @ 14581 - Repair sheetrock skim tape skim and texture ceiling. 20° beam Re-paint custom walls. Repair walls texture paint. Clean stains from water.

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1290 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: ___ Month ___ Day ___ Year

In accordance with our ☐ Agreement ☐ Proposal No. ___ Dated ___ Month ___ Day ___ Year

The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE

SABLE/EDGE000268

TO: Edge Construction

WORK PERFORMED AT: The Cove 992 #16

DATE: 3/15/13

YOUR WORK ORDER NO:

OUR BID NO: Enea

## DESCRIPTION OF WORK PERFORMED

web Patch Hole Inspect Both notes
fr — skm Textur
Sf
Mon Paint Ceiling

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 660 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

C3822

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

SABLE/EDGE000209

The Painter LTD
9364 W Capri Ave
Ltn Colo 80123

TO: Edge Construction

WORK PERFORMED AT:
The Cove
962 #15
Jared

DATE: ?     YOUR WORK ORDER NO.     YOUR JOB NO.

## DESCRIPTION OF WORK PERFORMED

Faring around Skylight

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 360.00).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

NC3822

CONTRACTORS INVOICE

The Painter ltd
9364 W Capri Av
Ltn Co 80123

**CONTRACTORS INVOICE**

SABLE/EDGE000215

TO: Edge Construction

WORK PERFORMED AT:
The Cove
Bill or William
909 # 14

DATE: 8-2-13

### DESCRIPTION OF WORK PERFORMED

Replace Dry wall on vaulted ceiling
Retexture Repaint across the
beam about 13' long, 2' wide

Repair wall texture paint from peak
down about 4'x6'

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 4200).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

IC3822

CONTRACTORS INVOICE

The Painter Ltd
9364 W Capri Ave
Ltn Colo 80123

# CONTRACTORS INVOICE

**TO:** Edge Construction

**WORK PERFORMED AT:**
The Co[...]
982 #13
Eric

**DATE:** 3-15-13

## DESCRIPTION OF WORK PERFORMED

Fix sky light texture smooth and bottom

Fix orange wall

Dollars ($) 310

This is a ☐ Partial ☐ Full Invoice due and payable by: ___ Month ___ Day ___ Year

In accordance with our ☐ Agreement ☐ Proposal  No. ___ Dated ___ Month ___ Day ___ Year

NC3822

CONTRACTORS INVOICE

The painter
9364 W. Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE
SABLE/EDGE000212

TO: Edge Construction

WORK PERFORMED AT:
The Cove
14581 Jay
(krazy day)

DATE: 3-18-13
YOUR WORK ORDER NO:
OUR BID NO:

### DESCRIPTION OF WORK PERFORMED

days Replace drywall R-tape around beam paint patch

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 750.00)

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

IC3822

CONTRACTORS INVOICE