# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-000912-MJW | FTR - Courtroom A-502 |
| **Date:**   February 26, 2015 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| EDGE CONSTRUCTION, LLC, | Robert W. Loree |
| Plaintiff(s), | |
| v. | |
| OWNERS INSURANCE COMPANY, | Karen H. Wheeler |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   9:09 a.m.
Court calls case. Appearances of counsel.

The Court raises defendant's Emergency Motion for Reconsideration of Court Order regarding Plaintiff's Motion to Compel or, in the Alternative, Motion for Protective Order and Relief from Court Order Regarding Plaintiff's Motion to Compel (Docket No. 64) [Docket No. 67, filed February 23, 2015]  for argument.

It is noted employee of the defendant Donald Gibson has returned to work.  It is anticipated he will be available for a supplemental 30(b)(b) deposition next week, but will not be able to complete the deposition as ordered by the Court [Docket No. 64]  on or before March 2, 2015.

Defendant makes an Oral Motion for a Short Extension of  the deadline to complete the deposition of Mr. Donald Gibson.  With no objection, the oral motion is granted.

**It is ORDERED:**   Defendant's Emergency Motion for Reconsideration of Court Order regarding Plaintiff's Motion to Compel or, in the Alternative, Motion for Protective Order and Relief from Court Order Regarding Plaintiff's Motion to Compel (Docket No. 64) [Docket No. **67**, filed February 23, 2015] is **GRANTED** for reasons as set forth on the record.  The motion is granted in that the deadline to complete the 30(b)(6) deposition of employee Donald Gibson is extended and the deposition is set   **MARCH 04, 2015 at 1:30 p.m.**

Hearing concluded.

**Court in recess:**   9:16 a.m.

Total In-Court Time 00:07

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.