IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00912-MJW

EDGE CONSTRUCTION, LLC,

Plaintiff,

v.

OWNERS INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that plaintiff's Motion to Strike Defendant's Reply to Defendant's Motion for Summary Judgment or Alternatively, Motion for Leave to File A Sur-Reply (Docket No. 82) is granted to the extent that the plaintiff shall have up to and including April 1, 2015, to file a sur-reply.

Date: March 17, 2015