IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00912-MJW

EDGE CONSTRUCTION, LLC,

Plaintiff,

v.

OWNERS INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that defendant's Motion for Leave to File Response to Edge Constructions, LLC's Motion for Partial Summary Judgment, (Doc. 61) Out of Time (Docket No. 84) is granted.  Defendant shall have up to and including April 3, 2014, to file its Response to Docket No. 61.

Date: March 30, 2015