The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE

Paid

WORK PERFORMED AT:

The Cove Bldg 4947 #19

B. [illegible]

TO: Edge Construction

DATE: 8/1/13 | YOUR WORK ORDER NO: | OUR BID NO:

DESCRIPTION OF WORK PERFORMED

Repair Acoustic ceiling [illegible] Paint
Repair Patch wall [illegible] Paint
Refinish [illegible]
Two trips

Pay Eco - Roof $500.00 of this Bill

[signature]

8-1-13

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ______ Dollars ($ 865.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______

In accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______

IC3822

CONTRACTORS INVOICE

EXHIBIT
T

The Painter Ltd
9364 W Capri Ave
Ltn. Co 80123

# CONTRACTORS INVOICE

SABLE/EDGE000205

Paid

WORK PERFORMED AT:

The Cayo [illegible]

Kathrin

TO: Edge Construction

| DATE | OUR WORK ORDER NO. | ORDER NO. |
|---|---|---|
| 8-1-[illegible] | | |

DESCRIPTION OF WORK PERFORMED

[illegible]

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ____________ Dollars ($ 250 ).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year

In accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______ Day ______ Year

IC3822

CONTRACTORS INVOICE

The Painter Ltd
8364 W Capri Ave
Ltn. Co. 80123

# CONTRACTORS INVOICE

SABLE/EDGE000206

Paid

WORK PERFORMED AT:

The Cook [illegible]
(Victor)

TO Edge Construction

DATE 8-7-13 | YOUR WORK ORDER NO. | OUR BID NO.

DESCRIPTION OF WORK PERFORMED

Repair Kitchen Ceiling
Re-tape [illegible] - Paint
[illegible]

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ____________ Dollars ($ 550 ).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year

In accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______ Day ______ Year

IC3822

CONTRACTORS INVOICE

970534NC3822 CVT 8/98 carbonless NC3822

SABLE/EDGE000207

3 PART

The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE

WORK PERFORMED AT:

14581

Unit 12

TO: Edge Contracting

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3-3-13 | | |

DESCRIPTION OF WORK PERFORMED

[illegible]

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ______ Dollars ($ 1290 ).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year

in accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______ Day ______ Year

The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE

SABLE/EDGE000208

WORK PERFORMED AT:

The Cove

982 # 16

TO: Edge Construction

DATE: 3-15-06

YOUR WORK ORDER NO.

OUR BID NO.

DESCRIPTION OF WORK PERFORMED

[illegible] Patch Hole [illegible]

[illegible] — Stain Texture

Set

[illegible] Paint Ceiling

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ______ Dollars ($ 660 ).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year

In accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______ Day ______ Year

C3822

CONTRACTORS INVOICE

The Painter LTD
9364 W Capri Ave
Ltn Colo 80123

# CONTRACTORS INVOICE

SABLE/EDGE000209

WORK PERFORMED AT:

962 # 15
Jared

TO: Edge Construction

DATE:

DESCRIPTION OF WORK PERFORMED

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ____________

____________ Dollars ($ 360.00 )

This is a ☐ Partial ☐ Full invoice due and payable by: ________ Month ________ Day ________ Year

In accordance with our ☐ Agreement ☐ Proposal No. ________ Dated ________ Month ________ Day ________ Year

NC3822

CONTRACTORS INVOICE

The Plaster ltd
9364 W Capri Av
Ltn Co 80123

# CONTRACTORS INVOICE

SABLE/EDGE000216

TO: Edge Construction

WORK PERFORMED AT:
The Cove
Bill or William
909 # 14

DATE 3-22-13 | YOUR WORK ORDER NO. | OUR ORDER NO.

DESCRIPTION OF WORK PEFFORMED

[illegible]

Repair with [illegible]
[illegible] about [illegible]

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ____________ Dollars ($ 1200 ).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year

In accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______ Day ______ Year

IC3822

CONTRACTORS INVOICE

The Painter Ltd
9364 W Capri Ave
Ltn Colo 80123

# CONTRACTORS INVOICE

SABLE/EDGE000211

TO: Edge Construction

WORK PERFORMED AT: The [illegible]
982 # 13
Eric

| DATE | YOUR WORK ORDER NO. | OUR BILLING |
|---|---|---|
| 3-13-13 | | |

DESCRIPTION OF WORK PERFORMED

Fix sky lyht texture [illegible]
Botton
Fix Damage wall

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ______ Dollars ($ 350 )

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year

In accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______ Day ______ Year

NC3822

CONTRACTORS INVOICE

the painter
9364 W. Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE

SABLE/EDGE000212

WORK PERFORMED AT:

[illegible]
14581 Jay
(Crazy Jay)

TO: Edge Construction

| DATE | YOUR WORK ORDER NO. | OUR JOB NO. |
|---|---|---|
| 3-[illegible]-15 | | |

DESCRIPTION OF WORK PERFORMED

[illegible] Replace drywall [illegible] [illegible]
[illegible] paint [illegible]

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ______________________

______________________ Dollars ($ 250.00 )

This is a ☐ Partial ☐ Full Invoice due and payable by: ________ Month ________ Day ________ Year

In accordance with our ☐ Agreement ☐ Proposal No. ________ Dated ________ Month ________ Day ________ Year

IC3822

CONTRACTORS INVOICE