The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

# CONTRACTORS INVOICE

Paid

**TO:** Edge Construction

**WORK PERFORMED AT:** The Cove Bldg 909 #14

B.11

**DATE:** 8-1-13

## DESCRIPTION OF WORK PERFORMED

Repair Acoustic ceiling texter Paint
Repair East wall Complet tex Paint
Refinish Mantle
Two trips

Pay Eco n. Roof $300.00 of this B.11

8-1-13

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 665.00).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day

NC3822

**CONTRACTORS INVOICE**

EXHIBIT 2

# CONTRACTORS INVOICE

SABLE/EDGE000205

The Painter Ltd
9364 W Capri Ave
Ltn. Co- 80123

Paid

**TO:** Edge Construction

**WORK PERFORMED AT:** The Cave Bldg 910 #10

Kathrin

**DATE:** 8-7-13

**DESCRIPTION OF WORK PERFORMED**

Repaint stain on ceiling
Repair drywall in closet
Pre tex and Paint
two trips

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 280 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

IC3822

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

SABLE/EDGE000206

Paid

The Painter Ltd
9364 W Capri Ave
Ltn. Co. 80123

TO: Edge Construction

WORK PERFORMED AT: The Cove Bldg 970 #17 (VICTOR)

DATE: 8-1-13

### DESCRIPTION OF WORK PERFORMED

Repair Kitchen Ceiling
Retap Tape Paint
Two Trips

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 550 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal  No. _____ Dated _____ Month _____ Day _____ Year

JC3822

CONTRACTORS INVOICE

979534/NC3822 CVT 8/98    carbonless    NC3822    SABLE/EDGE000207    3 PART

# CONTRACTORS INVOICE

The Painter Ltd  
8364 W Capri Ave  
Ltn Co 80123

**TO:** Edye Construction

**WORK PERFORMED AT:**  
The Cove  
14581  
unit 12

**DATE:** 3-3-13

**DESCRIPTION OF WORK PERFORMED:**

Bill Cotner B14581 - Repair sheetrock skim  
tape + Pm and texture ceiling  
20 Doors Repaint over all wall  
Repair walls texture paint  
Clean stairs from water

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1290 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal   No. _____ Dated _____ Month _____ Day _____ Year

**CONTRACTORS INVOICE**

SABLE/EDGE000208

The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

TO: Edge Construction

WORK PERFORMED AT: The Cove
982 # 16

DATE: 3-15-13

OUR BID NO: Erica

**DESCRIPTION OF WORK PERFORMED**

Web Patch Hole Inspect Bath nodus

for - Sk in Textur

Set

Men Point ceiling

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 660 ).

This is a ☐ Partial ☐ Full invoice due and payable by: ___ Month ___ Day ___ Year

In accordance with our ☐ Agreement ☐ Proposal No. ____ Dated ___ Month ___ Day ___ Year

NC3822

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

SABLE/EDGE000209

The Painter Ltd
9364 w Capri Ave
Ltn Colo 80123

**TO:** Edge Construction

**WORK PERFORMED AT:**
The Cove
962 #15
Jared

## DESCRIPTION OF WORK PERFORMED

Framing around Skylight

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 360.00).

This is a ☐ Partial ☐ Full invoice due and payable by: ____ Month ____ Day ____ Year

in accordance with our ☐ Agreement ☐ Proposal No. ____ Dated ____ Month ____ Day ____ Year

NC3822

CONTRACTORS INVOICE

The Painter ltd
9364 W Capri Av
Ltn Co 80123

**CONTRACTORS INVOICE**

SABLEDGE006216

TO: Edge Construction

WORK PERFORMED AT:
The Cook
Bill or William
909 #14

DATE: 5-2-13

### DESCRIPTION OF WORK PERFORMED

Replace dry wall 2.0 [unclear] ceiling

Retexture Repair 2 cases to around beam about 13' long x 2' to 3'

Repair wall texture paint from up & down about 4x4'

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1200 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

n accordance with our ☐ Agreement ☐ Proposal  No. _____ Dated _____ Month _____ Day _____ Year

VC3822

**CONTRACTORS INVOICE**

The Painter Ltd
9364 W Capri Ave
Ltn Colo 80123

# CONTRACTORS INVOICE

SABLE/EDGE000211

**TO:** Edge Construction

**WORK PERFORMED AT:**
The Cove
982 #13
Eric

**DATE:** 3-15-13

**DESCRIPTION OF WORK PERFORMED**

Fix skylight texture smooth cat
bottom

Fix orange wall

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 30).

This is a ☐ Partial ☐ Full Invoice due and payable by: ___ Month ___ Day ___ Year

in accordance with our ☐ Agreement ☐ Proposal No. ___ Dated ___ Month ___ Day ___ Year

NC3822

CONTRACTORS INVOICE

The painter
9364 W. Capri Ave
Ltn Co. 80123

**CONTRACTORS INVOICE**

SABLE/EDGE000212

TO: Edge Construction

WORK PERFORMED AT:
The Cove
14581 Jay
(krazy Jay)

DATE: 3-18-13

DESCRIPTION OF WORK PERFORMED

Jay's Replace drywall R-texture around beam paint patch

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 750.00).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

NC3822

**CONTRACTORS INVOICE**