The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

**TO:** Edge Construction

**WORK PERFORMED AT:**
The Cove Bldg 909 #14

B.11

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 8/13 | | |

**DESCRIPTION OF WORK PERFORMED**

Repair Acrilic ceiling texter Paint
Repair East wall Complet the Paint
Refinish Mirfle
Two trips

Pay Eco n. Roof $300⁰⁰ of this B.11

8-1-13

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 065 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

| Month | Day | Year |

In accordance with our ☐ Agreement ☐ Proposal  No. _____ Dated _____

| Month | Day |

NC3822

CONTRACTORS INVOICE

EXHIBIT
J
tabbies

The Painter Ltd
9364 W Capri Ave
Ltn. Co. 80123

Paid

TO: Edge Construction

WORK PERFORMED AT:
The Cave bldg 910 #10

Kathrin

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8-9-8 | | |

## DESCRIPTION OF WORK PERFORMED

Repaint stan on ceiling
Repair dripping in bath
restore wall paint
two coats

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 250 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month _____ Day _____ Year _____

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month _____ Day _____ Year _____

IC3822

**CONTRACTORS INVOICE**

The Painter Ltd
8364 w Capri Ave
Ltn. Co. 80123

Paid

TO: Edge Construction

WORK PERFORMED AT:
The Core Bldg 770 #7
(Victor)

DATE: 8-1-13  YOUR WORK ORDER NO.  OUR BID NO.

**DESCRIPTION OF WORK PERFORMED**

Repair Kitchen Ceiling
Retexture - Paint
Two Times

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 550 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____
  Month    Day    Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
  Month    Day    Year

IC3822

**The Painter Ltd**
8364 W Capri Ave
Ltn Co 80123

## CONTRACTORS INVOICE

**WORK PERFORMED AT:**
The Core
14581
unit 12

**TO:** Edge Construction

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3-5-13 | | |

**DESCRIPTION OF WORK PERFORMED**

Bill Core 14581 - Repair sheetrock skim
Repair & remud texture ceiling
20 Base prep & caulk
Repair walls & texture pair
Clean stains from water

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1290 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

The Painter Ltd
9364 W Capri Ave
Ltn Co 80123

**WORK PERFORMED AT:**
The Cove
982 # 16

TO: Edge Construction

DATE 3-15-13

YOUR WORK ORDER NO

OUR BID NO. Enza

## DESCRIPTION OF WORK PERFORMED

Wet Patch Hole    Inspect Bath mats
for — Skim Texture
Set
When Paint Ceiling

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

— Dollars ($ 660 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month ___ Day ___ Year ___

n accordance with our ☐ Agreement ☐ Proposal No. ____ Dated ___
Month ___ Day ___ Year ___

NC3822

**CONTRACTORS INVOICE**

The Painter Ltd
9364 w Capri Ave
Ltn Colo 80123

TO: Edge Construction

**WORK PERFORMED AT:**
The Cove
962 # 15
Jared

| DATE | YOUR WORK ORDER NO. | YOUR BID NO. |
|------|---------------------|--------------|
|      |                     |              |

**DESCRIPTION OF WORK PERFORMED**

Framing around skylight

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 360 ⁰⁰ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year _____

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year _____

NC3822

CONTRACTORS INVOICE

The Painter Ltd
9364 W Capri Av
Ltn Co 80123

TO: Edge Construction

WORK PERFORMED AT:
The Cove

Bill or William
909 # 14

DATE: 3-2-13

YOUR WORK ORDER NO:

OUR JOB NO:

## DESCRIPTION OF WORK PERFORMED

Replace ly wall 78 vaulted ceiling

Re texture & repaint acoustic around
beam about 18 long x 22 wide

Repair wall texture + paint then peel
down about 4 x 8

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1200 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: ____ Month ____ Day ____ Year

n accordance with our ☐ Agreement ☐ Proposal No. ____ Dated ____ Month ____ Day ____ Year

VC3822

CONTRACTORS INVOICE

The Painter Ltd
9364 w Capri Ave
Ltn Colo 80123

**WORK PERFORMED AT:**

The Cor
982 # 13
Eric

TO: Edge Construction

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3-18-13 | | |

**DESCRIPTION OF WORK PERFORMED**

Fix sky light texture smooth out
Bottom

Fix orange wall

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 380 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month          Day          Year

**NC3822**

The painter
9364 W. Capri Ave
Ltn Co 80123

TO: Edge Construction

WORK PERFORMED AT:
The Core
14581 Jay
(crazy Jay)

DATE: 3-18-13

YOUR WORK ORDER NO.

OUR BID NO.

### DESCRIPTION OF WORK PERFORMED

labor Replace drywall R-textured around
been paint patch

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 750 00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

n accordance with our  ☐ Agreement  ☐ Proposal   No. _____  Dated _____
Month          Day          Year

NC3822

CONTRACTORS INVOICE