IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-00912-MJW

EDGE CONSTRUCTION, LLC,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

---

**FINAL JUDGMENT**

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Michael J. Watanabe on June 29, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant Owners Insurance Company's Motion for Summary Judgment, or in the Alternative, Motion for Determination of Law [62] is GRANTED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of the Defendant, Owners Insurance Company and against Plaintiff, Edge Construction, LLC. It is

FURTHER ORDERED that Defendant, Owners Insurance Company shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  30th  day of June, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ M. Ortiz
M. Ortiz,
Deputy Clerk